# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW BRISTER

VERSUS

DARRELL P JONES AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.   2022 CW 1144

**OCTOBER 20, 2022**

---

In Re:   Travelers Property Casualty Company of America,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 689,490.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**STAY DENIED; WRIT GRANTED.** The district court's October 17, 2022 rulings granting the Motion to Strike Certain Witnesses and Exhibits Identified by Defendants in Supplemental Discovery and/or Other Purported Pre-Trial Order Submitted by the Defendants, filed by plaintiff, Andrew Brister, and denying the Motion to Amend Case Management Schedule, filed by defendant, Travelers Property Casualty Company of America, are reversed. A pretrial scheduling order may be modified to prevent manifest injustice. See La. Code Civ. P. art. 1551(B). The information which plaintiff sought to strike is highly relevant and was not previously disclosed by plaintiff in discovery. Accordingly, the writ is granted, the Motion to Strike filed by plaintiff is denied, and the Motion to Amend Case Management Schedule filed by defendant is granted, extending the deadline to complete discovery to July 25, 2022.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT